**LAW OFFICE OF ROGER W. FRAZIER**
2 East Congress Street, Suite 406
Tucson, Arizona 85701-1701
Tel:   (520) 882-4294
Fax:  (520) 882-2853
Roger W. Frazier, SBN 012146
roger@frazierlawaz.com

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Y. Tovarez,<br><br>    Plaintiff,<br><br>    v.<br><br>Raytheon Company, a Delaware Corporation, dba Raytheon Missile Systems; The International Association of Machinists and Aerospace Workers, and its Local Old Pueblo Lodge No. 933,<br><br>    Defendants. | No. 4:15-CV-00144-FRZ<br><br>**PENDING MOTIONS NOTIFICATION**<br><br>**(Third Notice)** |

Plaintiff, through counsel undersigned, hereby gives notice pursuant to LRCiv 7.2(n), to advise the court that another 180 days have passed since the prior 180-day notice (Doc. # 26, August 8, 2016), and that eighteen months have passed since the last filing on the Motions to Dismiss, which still remain pending. (See Docs ## 20-24). Plaintiff inquires, pursuant to said rule, of the status.

Plaintiff had requested oral argument, but to date none has been set.

RESPECTFULLY SUBMITTED this 7th day of February, 2017.

                              LAW OFFICE OF ROGER W. FRAZIER

                              By: /s/ Roger W. Frazier
                                 Roger W. Frazier
                                 Attorney for Plaintiff

ORIGINAL of the foregoing electronically filed this 7th day of February, 2017, with the Clerk, U.S. District Court, District of Arizona, 405 West Congress, Tucson AZ 85701

Copies served electronically using the CM/ECM Systems for filing, this 7th day of February, to:

Elizabeth M. Townsend
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Attorney for Raytheon

Nicholas J. Enoch
Jarrett J. Haskovec
Stanley Lubin
Lubin & Enoch, P.C.
349 North Fourth Avenue
Phoenix, AZ 85003
Nicholas.enoch@lubinandenoch.com
jarrett@lubinandenoch.com
stan@lubinandenoch.com
Attorneys for Defendant IAMAW and its Local Lodge No. 933

Copy mailed this 7th day of February, 2017, to:

HONORABLE FRANK R. ZAPATA
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5160
Tucson, AZ 85701-5050


By:   /s/ Lupita Mackey